ANTHONY WILLIAMS

vs.

WAL-MART STORES, INC. AND USIS, LLC

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2006 AUG 25 PM 4:21

CIVIL ACTION NO:

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

06-621 Brady Noland

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendants, USIS Commercial Services, Inc., incorrectly named as USIS, LLC ("USIS") and Wal-Mart Stores, Inc. ("Wal-Mart"), hereby remove the case styled "*Anthony Williams versus Wal-Mart Stores, Inc.*" bearing civil action number C545621, section 27, on the docket of the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana ("the State Court Proceedings"), pursuant to 28 U.S.C. §§ 1441 and 1446, to the United States District Court for the Middle District of Louisiana, on the following grounds:

1.

Wal-Mart was served with a copy of the Petition on July 31, 2006. USIS was served with a copy of the Petition on August 4, 2006.

2.

In the Petition, plaintiff alleges that the defendants performed a background check during his pre-employment screening by Wal-Mart, which resulted in the decision not to hire him.

3.

The use and regulation of consumer reports, consumer information, and consumer reporting agencies are governed by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. The facts supporting plaintiff's alleged claim arise solely under these provisions.



4.

Original jurisdiction exists pursuant to 28 U.S.C. § 1331, because this controversy arises under the laws of the United States. This matter is, therefore, removable pursuant to 28 U.S.C. § 1441(a).

5.

The petition does not contain a stipulation or election that the plaintiff is pursuing only state law remedies and not federal remedies.

6.

The State Court Proceedings are pending in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, which is encompassed and embraced by the United States District Court for the Middle District of Louisiana. Pursuant to 28 U.S.C. § 1441(a), venue in this Court is proper.

7.

This Notice of Removal is filed in compliance with 28 U.S.C. § 1446 and within thirty (30) days of the date that defendants received, through service or otherwise, a copy of the Petition for Damages.

8.

Copies of all pleadings filed in the State Court Proceedings are attached hereto, and made part hereof.

9.

All known defendants join in this removal.

**WHEREFORE,** defendant prays that this Notice of Removal be deemed good and sufficient and that the State Court Proceedings be and are removed from the Nineteenth Judicial

District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

RESPECTFULLY SUBMITTED:

_____
STEPHEN C. CARLETON (4132)
JAMES D. PRESCOTT, III (30021)
Couhig Partners, LLC
One American Place, Suite 810
Baton Rouge, LA 70825
Phone (225) 282-0600
Fax (225) 282-0650

*Counsel for USIS Commercial Services, Inc.*

_____
STEPHEN P. BEISER (14074)
BRIAN M. LeCOMPTE (26967)
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, LA 70130
Phone (504) 586-1200
Fax:(504) 596-2800

*Counsel for Wal-Mart Stores, Inc.*

**CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the foregoing Notice for Removal has been served upon all counsel of record by this date depositing same in the United States Mail, first class postage prepaid, and sent to their last known address as follows:

Marvin Gros
 Tonya B. Clark
Jack Marrioneaux
807 Railroad Avenue
PO Box 1040
Donaldsonville, LA 70346-3339

Baton Rouge, Louisiana, this 25th day of August, 2006.

_____
JAMES D. PRESCOTT, III

| | |
|---|---|
| ANTHONY WILLIAMS | 19th JUDICIAL DISTRICT COURT |
| vs. 545621 SEC. 27 | PARISH OF EAST BATON ROUGE |
| WAL-MART STORES, INC. | STATE OF LOUISIANA |

FILED: _____    _____
DEPUTY CLERK OF COURT

COST OK Amt 785
JUL 26 2006
BY _____

************************************************************

**PETITION FOR DAMAGES**

************************************************************

NOW INTO COURT, through undersigned counsel, comes Plaintiff, ANTHONY WILLIAMS, an individual of legal age, domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represent:

1.

Made Defendants herein are:

A. WAL-MART STORES, INC., a corporation, authorized to do and doing business in the State of Louisiana, with the C T Corporation System, 8550 United Plaza Blvd., Baton Rouge, LA 70809 as its agent upon whom citation and service are to be made.

B. USIS, LLC, a limited liability company, authorized to do and doing business in the State of Louisiana, the last known address being 7799 Leesburg Pike, Falls Church, VA 22043-0000, where the citation and service are to be made.

2.

On or about April 3, 2006, ANTHONY WILLIAMS was hired by WAL-MART STORES, INC. with the promise that his starting pay would be $12.15 per hour. After having spoken to Jack Lee, and employee with Wal-Mart, Stores, Inc, ANTHONY WILLIAMS quit his job at Associated Grocers to which he was employed for 3 years.

3.

After ANTHONY WILLIAMS was told he was hired, WAL-MART STORES, INC, did a background check using USIS, LLC (US Investigation Services). As a result of the background check WAL-MART STORES, INC. decline to hire ANTHONY WILLIAMS. Plaintiff, ANTHONY WILLIAMS was told that this would be cleared up. Once this matter was cleared-up, WAL-MART STORES, INC. still refused to hire ANTHONY WILLIAMS.

REC'D C.P.
JUL 26 2006

4.

At all times relevant, the Plaintiff, **ANTHONY WILLIAMS** has been completely honest on his application.

5.

The above described incident was caused solely and proximately by the gross and blatant carelessness, negligence and fault of the Defendants, **USIS and WAL-MART STORES, INC.** in the following, non-exclusive, particulars, to-wit:

    A. Failure to use the proper name in the background check;

    B. Failure to use due diligence in putting Plaintiff to work; and

    C. Negligence in promising a job then refusing to comply with the terms of agreement.

6.

The Defendants are therefore liable in solido unto Plaintiff, **ANTHONY WILLIAMS** for the losses sustained by Plaintiff, which are set out hereafter.

    a. Past, present, and future mental anguish;

    b. Past, present, and future economic losses;

    c. Lost wages; and

    d. Any other elements of damages to be proven at the trial of this matter.

7.

Damages to Plaintiff do not exceed $75,000.00

**WHEREFORE**, Petitioner prays that:

1. Certified copies of this petition, together with citation, be issued and served according to law on the Defendants herein;

2. That after the lapse of all legal delays and proceedings had, there be judgment against the Defendants **WAL-MART STORES, INC AND USIS**, in solido, and in favor of Petitioner, **ANTHONY WILLIAMS**, in such amounts as are reasonable and in the premises;

3. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and,

4. For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

Respectfully Submitted:

LAW OFFICES OF MARVIN GROS, APLC
MARVIN GROS (#20207)
TONYA B. CLARK (#27997)
JACK MARIONNEAUX (#09278) Of Counsel
807 Railroad Avenue
P.O. Box 1040
Donaldsonville, LA 70346-3339
Telephone: (225) 473-7868
Facsimile: (225) 473-1266

**PLEASE SERVE:**

WAL-MART STORES, INC
Through its registered agent
CT CORPORATION SYSTEM
8550 UNITED PLAZA BLVD
BATON ROUGE, LA 70809

And

USIS (US Investigations Service)
7799 LEESBURG PIKE
FALLS CHRUCH, VA 22043
(via longarm)

CERTIFIED TRUE COPY
002757
DEPUTY CLERK OF COURT

CIVIL
- 01-DAMAGES
- 02-CONTRACT
- 03-PRISONER SUIT
- 04-EXECUTORY PROCESS
- 05-SUIT ON NOTES
- 06-EVICTION
- 07-WORKMENS COMPENSATION
- 08-JUDICIAL REVIEW
- 09-PROPERTY RIGHTS
- 10-INJUNCTION MANDAMUS
- 11-COMM. PROP. PART
- 12-PUBLIC SERV. COM
- 13-OTHER PARTITIONS
- 14-OTHER
- 15-D.E.O.
- 16-
- 17-
- 18-
- 19-
- 20-

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH
FILED
2006 JUL 26 PM 1:08
DEPUTY CLERK & RECORDER FOR
DOUG WELBORN
CLERK OF COURT E.B.R. PARISH

CERTIFIED
TRUE COPY

JUL 2 6 2006

BY _____
DEPUTY CLERK

LAW OFFICES OF
'IN GROS, APLC
Attorney At Law
P. O. Box 1040
dsonville, LA 70346-3339



7004 2510 0002 7893 9003



02 1P      $ 005.27⁰
0002545358  AUG 01 2006
MAILED FROM ZIP CODE 70346

US Investigations Service
7799 Leesburg Pike
Falls Church, VA 22043

22043+2408-99 C003

## CITATION
(Long Arm LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| ANTHONY WILLIAMS<br>(Plaintiff) | NUMBER C545621 SECTION 27 |
| | 19th JUDICIAL DISTRICT COURT |
| vs. | |
| | PARISH OF EAST BATON ROUGE |
| WALMART STORES INC, ET AL<br>(Defendant) | STATE OF LOUISIANA |

TO: ** VIA LOUISIANA LONG ARM STATUTE LSA R.S. 13:3201 ET SEQ **

US INVESTIGATIONS SERVICES
7799 LEESBURG PIKE
FALLS CHURCH, VA 22043

GREETINGS:

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LSA R.S. 13:3201 et seq. OR, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an Answer or legal pleading, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish, on 27-JUL-2006.

_____
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: MARVIN GROS

*Also attached are the following documents:

CITATION-LONG ARM- 2412

| | |
|---|---|
| **ANTHONY WILLIAMS** | **CIVIL ACTION NO:** |
| vs. | **UNITED STATES DISTRICT COURT** |
| **WAL-MART STORES, INC. AND USIS, LLC** | **MIDDLE DISTRICT OF LOUISIANA** |

## AFFIDAVIT OF NOTICE OF REMOVAL FILED IN STATE COURT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

Before me, the undersigned Notary Public, personally came and appeared:

### JAMES D. PRESCOTT, III

who, after being duly sworn, did depose and state that:

1) He is counsel for USIS Commercial Services, Inc., in the above-referenced action;

2) On the 25TH day of AUGUST, 2006, he oversaw the filing with the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, a Notice of Removal, together with a copy of the Petition for Removal and Verification of same, by having copies of same delivered by United States Postal Service to the office of the Clerk of Court for the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana; and,

3)   The above is true and correct to the best of his knowledge, information and belief.

_____
JAMES D. PRESCOTT, III

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
THIS 25TH DAY OF AUGUST, 2006

_____
J. MICHAEL MONSOUR
LA Notary No. 69704
My commission expires upon death

| | |
|---|---|
| **ANTHONY WILLIAMS** | **CIVIL ACTION NO:** |
| vs. | **UNITED STATES DISTRICT COURT** |
| **WAL-MART STORES, INC. AND USIS, LLC** | **MIDDLE DISTRICT OF LOUISIANA** |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

     JAMES D. PRESCOTT, III, of the Parish of East Baton Rouge, State of Louisiana, being of lawful age and being duly sworn on oath, deposes and says that he is counsel for USIS Commercial Services, Inc., defendant in the aforementioned Notice of Removal filed herein; that he has read the foregoing Notice of Removal; that he has the authority to make this Affidavit; and that the matters and things contained therein and the contents thereof are true and correct, to the best of his knowledge, information and belief.

                                                JAMES D. PRESCOTT, III

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
THIS 25TH DAY OF AUGUST, 2006.

J. MICHAEL MONSCUR
LA Notary No. 69704
My commission expires upon death



§JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Anthony Williams

## DEFENDANTS
Wal-Mart Stores, Inc., and USIS Commercial Services, Inc.

(b) County of Residence of First Listed Plaintiff   East Baton Rouge
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Marvin Gros; 807 Railroad Avenue; Donaldsonville, LA 70346; (225) 473-7868

Attorneys (If Known)
USIS: Couhig Partners, LLC (Stephen C. Carleton); One American Place, Suite 810; Baton Rouge, LA 70825; (225) 282-0600. Wal-Mart: McGlinchey Stafford, PLLC (Stephen P. Beiser); 643 Magazine Street; New Orleans, LA 70130; (504) 586-1200

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
X 3 Federal Question (U.S Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | X 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl Ret. Inc Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
X 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Credit Reporting Act, 15 U.S.C. 1681, et seq.
Brief description of cause:
Plaintiffs allege potential employer performed erroneous background check which resulted in decision not to hire

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  X No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE  8/25/06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #  46990038998
AMOUNT _____
APPLYING IFP _____
JUDGE _____
MAG. JUDGE _____