| | |
|---|---|
| **ANTHONY WILLIAMS** | **CIVIL ACTION NO:** |
| vs. | 3:06-cv-00621-JJB-CN |
| **WAL-MART STORES, INC. AND USIS, LLC** | UNITED STATES DISTRICT COURT |
| | MIDDLE DISTRICT OF LOUISIANA |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, USIS Commercial Services, Inc., incorrectly named as USIS, LLC, who pursuant to *Fed. R. Civ. Proc. Rule 7.1*, respectfully represents that it is an Oklahoma corporation, the sole (100%) owner/member of which is The Official Information Company, a Delaware corporation. The Official Information Company is wholly owned (100%) by US Investigations Services, LLC, a Delaware limited liability company. US Investigations Services, LLC is wholly owned (100%) by US Investigations Services, Inc., a Delaware corporation. No publicly held corporation owns 10 % or more of the any of the above companies.

Respectfully Submitted:

s/ James D. Prescott, III
STEPHEN C. CARLETON (14132)
JAMES D. PRESCOTT, III (30021)
Couhig Partners, LLC
One American Place, Suite 810
Baton Rouge, LA 70825
Phone (225) 282-0600
Fax (225) 282-0650
jprescott@couhigpartners.com

*Counsel for USIS Commercial Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Federal Rule 7.1 Disclosure Statement* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all named parties by operation of the court's electronic filing system, as follows:

| | |
|---|---|
| Marvin Gros | Stephen P. Beiser |
| Tonya B. Clark | Brian M. LeCompte |
| Jack Marrioneaux | McGlinchey Stafford, PLLC |
| 807 Railroad Avenue | 643 Magazine Street |
| PO Box 1040 | New Orleans, LA 70130 |
| Donaldsonville, LA 70346-3339 | |

Baton Rouge, Louisiana, this 29th day of August, 2006.

        s/ James D. Prescott, III
    JAMES D. PRESCOTT, III