FILED
U.S. DIST COURT
MIDDLE   OF LA

2007 SEP -5  P 2: 20

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY WILLIAMS** | * | CIVIL ACTION NO. |
| | | 3:06-cv-00621 JJB-CN |
| Plaintiff, | * | |
| **VERSUS** | * | JUDGE BRADY |
| **WAL-MART STORES, INC. AND USIS, LLC** | * | |
| Defendant. | * | MAGISTRATE NOLAND |

*********************************************

## ORDER

Considering the foregoing Motion;

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's case against defendant, Wal-Mart Stores, Inc., be and is hereby dismissed, with prejudice.

BATON ROUGE, LOUISIANA, this 5th day of September, 2007.

_____
JAMES J. BRADY, JUDGE

695973.1/008716.0737

2